UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DARLENE DELONG,

    Plaintiff,

v.                      Case No: 2:24-cv-520-JES-NPM

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

## ORDER

This matter comes before the Court plaintiff's Notice of Dismissal as to Defendant Experian Information Solutions, Inc. (Doc. #34), filed November 8, 2024. Plaintiff seeks to dismiss all claims against defendant Experian Information Solutions, Inc., the remaining defendant, who has not yet entered an appearance in this case. The Court will terminate this defendant and direct closure of the case as all defendants have been dismissed.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendant Experian Information Solutions, Inc. is deemed **dismissed** with prejudice. The Clerk shall terminate this

defendant on the docket, terminate all deadlines, and close the case.

**DONE and ORDERED** at Fort Myers, Florida, this __8th__ day of November 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record